**Jason K. Singleton, State Bar #166170**
lawgroup@sbcglobal.net
**Richard E. Grabowski, State Bar # 236207**
rgrabows@pacbell.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARSHALL LOSKOT**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARSHALL LOSKOT,** | Case No. C-07-00116 CW |
| Plaintiff, | |
| v. | STIPULATION OF DISMISSAL WITH PREJUDICE AND (Proposed) ORDER |
| **PITAMBER RAMESH, individually and dba BEST WESTERN HERITAGE INN, and DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

Plaintiff MARSHALL LOSKOT and Defendant PITAMBER RAMESH, dba BEST WESTERN HERITAGE INN (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

| | |
|---|---|
| **Dated:  October 15, 2007** | **Dated:  October 10, 2007** |
| **SINGLETON LAW GROUP** | **VAUGHAN & ASSOCIATES LAW OFFICE** |
| | |
| /s/ Jason K. Singleton | /s/ Cris C. Vaughan |
| Jason K. Singleton, Attorney for Plaintiff, **MARSHALL LOSKOT** | Cris C. Vaughan, Attorneys for Defendant **PITAMBER RAMESH, dba BEST WESTERN** |

# ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT v RAMESH, et al.</u>, Case Number 07-CV-00116 CW, is dismissed with prejudice with each party to bear their own attorneys fees and costs.

Dated: 10/25/07

/s/ Claudia Wilkin
CLAUDIA WILKIN
UNITED STATES DISTRICT JUDGE